UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LUCIA MARETT,
on behalf of herself and all others similarly situated,

,
      Plaintiff,      Case No.: 19-CV-02187
  v.

ADELPHI UNIVERSITY,
      Defendant.

---

## NOTICE OF APPEARANCE OF ANNE SEELIG FOR PLAINTIFF

PLEASE TAKE NOTICE, that the undersigned shall appear as counsel for Plaintiff in the above-captioned matter.

Dated: March 14, 2019

            Respectfully submitted,

            LEE LITIGATION GROUP, PLLC
            Anne Seelig (AS 3976)
            30 East 39th Street, Second Floor
            New York, NY 10016
            Tel: 212-661-1008
            Fax: 212-465-1181
            *Attorneys for the Plaintiff*

            By: _____
              Anne Seelig, Esq.